**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-23-0000525
20-NOV-2023
07:57 AM
Dkt. 18 ODSD**

NO. CAAP-23-0000525

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

T.R., on behalf of a minor, Plaintiff-Appellee, v.
D.R., Defendant-Appellant

APPEAL FROM THE FAMILY COURT OF THE THIRD CIRCUIT
(CASE NO. 3FDA-23-0000643)

ORDER DISMISSING APPEAL
(By:  Leonard, Presiding Judge, Hiraoka and Wadsworth, JJ.)

Upon review of the record, it appears that:

(1) Self-represented Defendant-Appellant D.R. (**Appellant**) appeals from the Family Court of the Third Circuit's August 15, 2023 Amended Temporary Restraining Order, entered in 3FDA-23-0000643.

(2) On November 1, 2023, the Family Court entered an Order Dissolving Temporary Restraining Order, which dissolves the August 15, 2023 Amended Temporary Restraining Order and enters a final decision in Appellant's favor, dismissing the underlying case with prejudice.

(3) An appeal is moot where "events subsequent to the judgment of the trial court have so affected the relations between the parties that the two conditions for justiciability relevant on appeal—adverse interest and effective remedy—have been compromised." Hamilton ex rel. Lethem v. Lethem, 119 Hawaiʻi 1, 5, 193 P.3d 839, 843 (2008).  Courts "may not decide moot questions or abstract propositions of law." Life of the Land v. Burns, 59 Haw. 244, 250, 580 P.2d 405, 409 (1978) (citation & internal quotation marks omitted).

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed as moot.

IT IS FURTHER ORDERED that all pending motions are dismissed.

DATED:  Honolulu, Hawai'i, November 20, 2023.

/s/ Katherine G. Leonard
Presiding Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Clyde J. Wadsworth
Associate Judge